IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 07-87-1 |
| SAN THACH<br>USM#61242-066 | : |

# ORDER

AND NOW this 1st day of May, 2015, pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 782 to the Sentencing Guidelines, and by agreement of the Federal Community Defender Office, and the United States Attorney's Office, it is hereby **ORDERED** that the term of imprisonment in this case is reduced to 210 months, effective November 1, 2015.[1]

BY THE COURT:

THE HONORABLE EDUARDO C. ROBRENO
Senior United States District Court Judge

---

[1] Section 1B1.10 of the Sentencing Guidelines requires that, in determining whether to reduce a sentence based on a retroactive amendment, the Court must consider any impact on public safety. In this case, the government advises the Court that, apart from the information about the defendant's criminal conduct and history which was known and addressed a the initial sentencing proceeding in this case, the government is not aware of any other conduct since sentencing which suggests that the defendant poses a danger to any person or the community.