UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL No. 07-087-1 |
| | : | |
| SANN THACH | : | |

**O R D E R**

**AND NOW,** this 28th day of August, 2025, upon consideration of Petitioner's Pro Se Motion under 28 U.S.C. §2255 to Vacate/Set Aside/Correct Sentence by a Person in Federal Custody (Doc. No. 143), and the response and replies thereto, it is **ORDERED** that the motion is **DENIED** without a hearing.  This Court finds that the petitioner has failed to make a substantial showing of a denial of any constitutional right and accordingly a Certificate of Appealability will not issue.

BY THE COURT:

_____
MARY KAY COSTELLO
United States Magistrate Judge